SCWC-29926

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

ADAM IKAIKA IKEDA, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CASE NO. 1DTC-09-047483)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, J., for the court[1])

Petitioner's application for writ of certiorari filed on July 15, 2011, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, August 16, 2011.

FOR THE COURT:

/s/ Paula A. Nakayama

Associate Justice



DISSENT BY ACOBA, J.

I disagree with rejection of cert and would accept the application for the apparent error in the ICA's majority opinion.

Phyllis J. Hironaka,          /s/ Simeon R. Acoba, Jr.
Deputy Public Defender,
for Petitioner on the
application

---

[1]Considered by:  Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna, JJ.